**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Tzachi Goldman<br>PLAINTIFF(S)<br>v.<br>Anna Chau et al<br>DEFENDANT(S). | CASE NUMBER:<br>2:26-cv-07342-FLA-SK |
| | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 08/06/2026 | 6 | Service of Summons and Complaint Returned Executed as to USA |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to ____________ at ____________.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

File an Amended Proof of Service of Summons and Complaint. Summons was issued 8/24/2026.

Dated: 8/25/2026

By: ____________________
United States District Judge